# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

TONY G. HEWITT,

    Plaintiff,

vs.

JOHN PEERY, et al.,

    Defendants.

Case No. 3:11-CV-00700-HDM-(VPC)

**ORDER**

Before the court is defendants' motion for reconsideration of screening orders (#22). The court agrees with defendants that plaintiff's claims pursuant to Nev. Rev. Stat. §§ 197.200, 209.131, 212.010, and 212.020 need to be dismissed. The court also agrees with defendants that plaintiff's claims pursuant to state medical statutory laws need to be dismissed, because state law requires a plaintiff pursuing a medical malpractice claim to attach to the complaint "an affidavit, supporting the allegations contained in the action, submitted by a medical expert who practices or has practiced in an area that is substantially similar to the type of practice engaged in at the time of the alleged malpractice." Nev. Rev. Stat. § 41A.071. Finally, the court will dismiss plaintiff's claims in count 1 that the First and Fourteenth Amendments were violated, because the facts alleged do not support such claims. Defendants will need to respond to the remaining claims in the complaint.

Also before the court is defendants' motion for extension of time to respond to complaint (#23). The court grants this motion.

IT IS THEREFORE ORDERED that defendants' motion for reconsideration of screening orders (#22) is **GRANTED**. Plaintiff's claims pursuant to the First and Fourteenth Amendments,

pursuant to Nev. Rev. Stat. §§ 197.200, 209.131, 212.010, and 212.020, and pursuant to state medical statutory laws are **DISMISSED**.

IT IS FURTHER ORDERED that defendants' motion for extension of time to respond to complaint (#23) is **GRANTED**. Defendants shall have thirty (30) days from the date of entry of this order to respond to the complaint (#4).

DATED: October 1, 2012.

_____
HOWARD D. MCKIBBEN
United States District Judge