UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA


TONY G. HEWITT,

        Plaintiff,                         3:11-CV-0700-HDM (VPC)

vs.                                     **MINUTES OF THE COURT**

JOHN PEERY, et al.,                Date:  March 19, 2013

        Defendants.
_____/

PRESENT:
THE HONORABLE   VALERIE P. COOKE  , UNITED STATES MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN            REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF:    NONE APPEARING

COUNSEL FOR DEFENDANTS:    NONE APPEARING

MINUTE ORDER IN CHAMBERS:   XXX

     Defendants filed a motion for leave to file medical exhibits in support of motion for summary judgment *under seal* (#32).  No opposition was filed.  Pursuant to Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion.  Therefore,

     **IT IS ORDERED** that defendants' motion for leave to file medical exhibits in support of motion for summary judgment *under seal* (#32) is **GRANTED**.  The exhibits (#34) are filed and shall remain *under seal*.

     **IT IS SO ORDERED.**

                                        LANCE S. WILSON, CLERK

                     By:    /s/
                         Deputy Clerk.