**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| TONY G. HEWITT, | ) | 3:11-cv-00700-HDM-VPC |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| JOHN PEERY et al., | ) | |
| Defendants. | ) | |

The court has considered the report and recommendation of the United States Magistrate Judge (#45) filed on August 8, 2013, in which the magistrate judge recommends that this court enter an order granting the defendants' motion for summary judgment (#33). Neither party objected to the report and recommendation. The court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby adopts and accepts the report and recommendation of the United States Magistrate Judge (#45).

In accordance with the foregoing, the defendants' motion for summary judgment (#33) is hereby **GRANTED**.

**IT IS SO ORDERED.**

DATED: This 6th day of January, 2014.

_____
UNITED STATES DISTRICT JUDGE